UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:04-CR-365-KJD-VCF |
| Plaintiff, ) | |
| vs. ) | |
| HOPE GRAHAM ) | |
| Defendant. ) | |

FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD
DEC 15 2016
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#210) on June 12, 2006. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: CITIBANK
Amount of Restitution: $658,194.74

**Total Amount of Restitution ordered:** $658,194.74\*\*\*
\*\*\*Joint and Several with co-defendants

Dated this _14th_ day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE