```
         FILED            RECEIVED
         ENTERED          SERVED ON
                  COUNSEL/PARTIES OF RECORD

              DEC 15 2016

          CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
BY:                               DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:04-CR-365-KJD-VCF |
| vs. | ) |
| HOPE GRAHAM | ) |
| Defendant. | ) |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#210) on June 12, 2006. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: CITIBANK
Amount of Restitution: $658,194.74


**Total Amount of Restitution ordered:** $658,194.74\*\*\*
\*\*\*Joint and Several with co-defendants


Dated this ___14th___ day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE