UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA, )
                                       ) 2:04-CR-365-KJD-VCF
    Plaintiff, )
                                       )
vs. )
                                       )
HOPE GRAHAM )
                                       )
    Defendant. )

## AMENDED CLARIFICATION ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#210) on June 12, 2006. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

    Name of Payee: CITIBANK
    Amount of Restitution: $657,894.74

    Name of Payee: CAPITAL ONE
    Amount of Restitution: $300.00

    **Total Amount of Restitution ordered: $658,194.74\*\*\***
    \*\*\*Joint and Several with co-defendants

Dated this _28th_ day of January, 2019.

                                                                                _____
                                                                                UNITED STATES DISTRICT JUDGE

FILED / ENTERED
JAN 28 2019
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY