UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

FILED ___ RECE__ ___
___ ENTERED ___ SERV__ __N
COUNSEL/PARTIES OF R____D

JAN 28 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:04-CR-365-KJD-VCF |
| vs. | ) |
| HOPE GRAHAM | ) |
| Defendant. | ) |

## AMENDED CLARIFICATION ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#210) on June 12, 2006. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: CITIBANK
Amount of Restitution: $657,894.74

Name of Payee: CAPITAL ONE
Amount of Restitution: $300.00

**Total Amount of Restitution ordered: $658,194.74\*\*\***
\*\*\*Joint and Several with co-defendants

Dated this ___28th___ day of January, 2019.

_____
UNITED STATES DISTRICT JUDGE